DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ahmadi-Turshizi<br><br>Case Below:<br>175 N.C. App. 783 | No. 092P06 | 1. AG's Motion for Temporary Stay (COA05-482) | 1. Allowed **02/23/06** Stay Dissolved **04/06/06** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied (04/06/06) |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Denied (04/06/06) |
| State v. Anderson<br><br>Case Below:<br>175 N.C. App. 444 | No. 080P06 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1537) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed (05/04/06) |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied (05/04/06) |
| State v. Blount<br><br>Case Below:<br>174 N.C. App. 840 | No. 004A06 | AG's Motion to Dismiss Appeal Based Upon a Constitutional Question (COA05-134) | Allowed (04/06/06) |
| State v. Branch<br><br>Case Below:<br>177 N.C. App. 104 | No. 095P04-2 | AG's Motion for Temporary Stay (COA03-350-2) | Denied 04/20/06 |
| State v. Brewer<br><br>Case Below:<br>171 N.C. App. 686 | No. 468P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1160) | Denied (05/04/06)<br><br>**Timmons-Goodson, J., Recused** |
| State v. Brown<br><br>Case Below:<br>175 N.C. App. 593 | No. 098P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-702) | Denied (05/04/06) |
| State v. Brown<br><br>Case Below:<br>161 N.C. App. 348 | No. 159P06 | Def's Motion for Discretionary Review (COA03-96) | Denied (05/04/06) |
| State v. Brown<br><br>Case Below:<br>Martin County Superior Court | No. 565A83-5 | 1. Def's PWC to Review Order of Martin County Superior Court | 1. Denied 04/13/06 |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied 04/13/06 |
| | | 3. Def's Petition for Stay of Execution | 3. Denied 04/13/06 |